Order entered November 1, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00969-CV

## PATSY B. ANDERTON, ET AL., Appellants

## V.

## CITY OF CEDAR HILL, TEXAS, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 09-12187

## ORDER

The Court has before it appellants' October 29, 2012 first motion for extension of time to file reply brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by November 26, 2012.

MOLLY FRANCIS
JUSTICE